UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Progressive Northern Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Isabel Chanler Shamamian, Llewelyn Sinkler (a.k.a. Llewelyn Shamamian), Chubb Indemnity Insurance Company,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>2:21-cv-1904-BHH |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Defendant Chubb Indemnity Insurance Company ("Chubb") and Plaintiff Progressive Northern Insurance Company (the collectively, the "Parties") and pursuant to Federal Rule of Procedure 41(a)(1)(a)(ii) hereby stipulate all claims by Progressive Northern Insurance Company against Chubb Indemnity Insurance Company are hereby dismissed in their entirety without prejudice.

Respectfully submitted this 27th day of August, 2021.

I SO CONSENT:

 /s/ John E. Gardner
J.R. Murphy, Fed. I.D. No. 3119
John E. Gardner, Fed. I.D. No. 13367
**MURPHY & GRANTLAND, PA**

*Counsel for the Plaintiff*

I SO CONSENT:

/s/ Kate Cappelmann
Kate Cappelmann, Fed. I.D. No. 11884
Seth Friedman (*Pro Hac Vice Forthcoming*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*Counsel for the Defendant Chubb Insurance Indemnity Insurance Co.*

4836-2204-7736.1